UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| Shawn Cleary, Sonia Cleary and Maxine Voight, | Civil Action No.: 1:19-cv-00613-WCG |
| Plaintiffs, | |
| v. | |
| General Revenue Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Shawn Cleary, Sonia Cleary and Maxine Voight | General Revenue Corporation |
|---|---|
| ___/s/ Amy L. Cueller_____ | __/s/ Jesse R. Dill_____ |
| Amy L. Cueller, #15052-49<br>LEMBERG LAW<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>(203) 653-2250<br>Attorney for Plaintiffs | Jesse R. Dill, Esq.<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>1243 North 10th Street, Suite 200<br>Milwaukee, WI 53205<br>(414) 239-6400<br>Attorney for Defendant |

_____

SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Amy L. Cueller
                                            Amy L. Cueller